Report on the Filing or Determination of an Action Regarding a Patent or Trademark

FILED UNDER SEAL