UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| YIWU LANGXUN ELECTRONIC COMMERCE CO., LTD  Plaintiff,  v.  JOHN DOE CORPORATIONS,  Defendants. | Case No. 25-11509  Hon. F. Kay Behm  JURY TRIAL DEMANDED |

**AFFIDAVIT OF SERVICE**

Pursuant to the Court's Order for Alternative Service (ECF No. 17), I, Jessica Fleetham, certify that on November 18, 2025, I served the Complaint with sealed Schedule A (ECF Nos. 1 and 5) and Summons (ECF No. 18) on the following Defendants at their email addresses as produced by Amazon:

changzhouchimeizhanshiqicaizhizaoyouxiangongsi dba ChiMei (Def. No. 5)

FOSHANSHIFANDAJIAJUSHIYEYOUXIANGONGSI dba Vanda FDT (Def. No. 7)

Putianshi Tianxinhao Maoyi Youxian Gongsi dba Harwe Hardware (Def. No. 10)

SHENZHENSHI NAMUCUO DIANZIKEJI YOUXIANGONGSI dba QSN Namtso (Def. No. 11)

SHENZHENSHIZHONGHUIXINJIADIANKEJIYOUXIANGONGSI dba EGU-KING (Def. No. 13)

Quanzhoulichengxinchimaoyiyouxiangongsi dba Calmness US (Def. No. 16)

Changzhoufukesizhanshiqicaiyouxiangongsi dba OFRAME STAND (Def. No. 18)

Yiwunuofanmaoyiyouxiangongsi dba YWNF (Def. No. 24)

Xiamen Palmy Import & Export Co., Ltd. dba Ipalmay BestStore (Def. No. 25)

kangyuanyuan dba APEPHIC (Def. No. 29)

Changzhou jingugu e-commerce Co., Ltd dba JUJUMIU (Def. No. 43)

huangxiangyin dba HAWJER (Def. No. 45)

A delivery receipt was requested within my email client, Outlook, and confirms delivery. Delivery was confirmed on Defendant No. 5 because counsel for Defendant No. 5 has emailed the undersigned to discuss a potential settlement. A copy of the delivery receipt for the remaining Defendants is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 24, 2025    Respectfully submitted,

**EVIA LAW PLC**

/s/ Jessica Fleetham
Jessica Fleetham (P81038)
32400 Telegraph Suite 103
Bingham Farms, MI 48025
248.243.1201
jessica@evialaw.com

**Tuesday, November 18, 2025 at 3:36:30 PM Eastern Standard Time**

| | |
|---|---|
| **Subject:** | Delivered: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons |
| **Date:** | Tuesday, November 18, 2025 at 3:35:39 PM Eastern Standard Time |
| **From:** | postmaster@outlook.com |
| **To:** | amz.jack2021@outlook.com |
| **Attachments:** | 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons.eml |

## Your message has been delivered to the following recipients:

amz.jack2021@outlook.com (amz.jack2021@outlook.com)

Subject: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons

**Tuesday, November 18, 2025 at 3:39:47 PM Eastern Standard Time**

| | |
|---|---|
| **Subject:** | Relayed: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons |
| **Date:** | Tuesday, November 18, 2025 at 3:37:51 PM Eastern Standard Time |
| **From:** | Microsoft Outlook |
| **To:** | newamazonperfect@163.com |
| **Attachments:** | 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons.eml |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

newamazonperfect@163.com (newamazonperfect@163.com)

Subject: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons

**Tuesday, November 18, 2025 at 3:40:08 PM Eastern Standard Time**

| | |
|---|---|
| **Subject:** | Delivered: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons |
| **Date:** | Tuesday, November 18, 2025 at 3:39:52 PM Eastern Standard Time |
| **From:** | postmaster@outlook.com |
| **To:** | amz-namtso2022@outlook.com |
| **Attachments:** | 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons.eml |

**Your message has been delivered to the following recipients:**

amz-namtso2022@outlook.com (amz-namtso2022@outlook.com)

Subject: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons

Tuesday, November 18, 2025 at 3:46:20 PM Eastern Standard Time

| | |
|---|---|
| **Subject:** | Relayed: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons |
| **Date:** | Tuesday, November 18, 2025 at 3:46:04 PM Eastern Standard Time |
| **From:** | Microsoft Outlook |
| **To:** | 17362884345@163.com |
| **Attachments:** | 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons.eml |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

17362884345@163.com (17362884345@163.com)

Subject: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons

**Tuesday, November 18, 2025 at 4:10:57 PM Eastern Standard Time**

| | |
|---|---|
| **Subject:** | Delivered: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons |
| **Date:** | Tuesday, November 18, 2025 at 3:51:03 PM Eastern Standard Time |
| **From:** | postmaster@outlook.com |
| **To:** | kangningshi0903@outlook.com |
| **Attachments:** | 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons.eml |

## Your message has been delivered to the following recipients:

kangningshi0903@outlook.com (kangningshi0903@outlook.com)

Subject: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons

**Tuesday, November 18, 2025 at 3:54:13 PM Eastern Standard Time**

| | |
|---|---|
| **Subject:** | Relayed: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons |
| **Date:** | Tuesday, November 18, 2025 at 3:54:03 PM Eastern Standard Time |
| **From:** | Microsoft Outlook |
| **To:** | 663265953@qq.com |
| **Attachments:** | 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons.eml |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

663265953@qq.com (663265953@qq.com)

Subject: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons

**Tuesday, November 18, 2025 at 3:57:40 PM Eastern Standard Time**

| | |
|---|---|
| **Subject:** | Relayed: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons |
| **Date:** | Tuesday, November 18, 2025 at 3:57:32 PM Eastern Standard Time |
| **From:** | Microsoft Outlook |
| **To:** | hellogoods@qq.com |
| **Attachments:** | 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons.eml |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

hellogoods@qq.com (hellogoods@qq.com)

Subject: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons

Tuesday, November 18, 2025 at 4:00:43 PM Eastern Standard Time

| | |
|---|---|
| **Subject:** | Delivered: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons |
| **Date:** | Tuesday, November 18, 2025 at 4:00:34 PM Eastern Standard Time |
| **From:** | postmaster@outlook.com |
| **To:** | palmyservice01@hotmail.com |
| **Attachments:** | 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons.eml |

## Your message has been delivered to the following recipients:

palmyservice01@hotmail.com (palmyservice01@hotmail.com)

Subject: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons

**Tuesday, November 18, 2025 at 4:02:47 PM Eastern Standard Time**

| | |
|---|---|
| **Subject:** | Relayed: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons |
| **Date:** | Tuesday, November 18, 2025 at 4:02:32 PM Eastern Standard Time |
| **From:** | Microsoft Outlook |
| **To:** | kangyyus@163.com |
| **Attachments:** | 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons.eml |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

kangyyus@163.com (kangyyus@163.com)

Subject: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons

**Tuesday, November 18, 2025 at 4:07:39 PM Eastern Standard Time**

| | |
|---|---|
| **Subject:** | Relayed: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons |
| **Date:** | Tuesday, November 18, 2025 at 4:05:59 PM Eastern Standard Time |
| **From:** | Microsoft Outlook |
| **To:** | juju17301526022@163.com |
| **Attachments:** | 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons.eml |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

juju17301526022@163.com (juju17301526022@163.com)

Subject: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons

**Tuesday, November 18, 2025 at 4:07:53 PM Eastern Standard Time**

| | |
|---|---|
| **Subject:** | Relayed: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons |
| **Date:** | Tuesday, November 18, 2025 at 4:07:38 PM Eastern Standard Time |
| **From:** | Microsoft Outlook |
| **To:** | ys15323456474@163.com |
| **Attachments:** | 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons.eml |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

ys15323456474@163.com (ys15323456474@163.com)

Subject: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons