UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

YIWU LANGXUN ELECTRONIC
COMMERCE CO., LTD

        Plaintiff,

   v.

JOHN DOE CORPORATIONS,

        Defendants.

Case No. 25-11509

Hon. F. Kay Behm

JURY TRIAL DEMANDED

**AFFIDAVIT OF SERVICE**

Pursuant to the Court's Order for Alternative Service (ECF No. 17), I, Jessica Fleetham, certify that on November 24, 2025, I served the Complaint with sealed Schedule A (ECF Nos. 1 and 5) and Summons (ECF No. 18) on the following Defendant at its email addresses as produced by Amazon:

Ganzhoushioujiamaoyiyouxiangongsi dba Yingbang (Def. No. 12)

A delivery receipt was requested within my email client, Outlook, and confirms delivery. A copy of the delivery receipt is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 24, 2025                    Respectfully submitted,

                                                      **EVIA LAW PLC**

/s/ Jessica Fleetham
Jessica Fleetham (P81038)
32400 Telegraph Suite 103
Bingham Farms, MI 48025
248.243.1201
jessica@evialaw.com

**Monday, November 24, 2025 at 10:48:46 AM Eastern Standard Time**

| | |
|---|---|
| **Subject:** | Relayed: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons |
| **Date:** | Monday, November 24, 2025 at 10:48:24 AM Eastern Standard Time |
| **From:** | Microsoft Outlook |
| **To:** | xigege8999@163.com |
| **Attachments:** | 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons.eml |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

xigege8999@163.com (xigege8999@163.com)

Subject: 4:25-cv-11509-FKB-CI Yiwu Langxun Electronic Commerce Co., Ltd. - Service of Complaint and Summons