UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

YIWU LANGXUN ELECTRONIC
COMMERCE CO., LTD

    Plaintiff,

  v.

JOHN DOE CORPORATIONS,

    Defendants.

Case No. 25-11509

Hon. F. Kay Behm

Mag. Curtis Ivy, Jr.

JURY TRIAL DEMANDED

# REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against

FOSHANSHIFANDAJIAJUSHIYEYOUXIANGONGSI d/b/a Vanda FDT for failure to plead or otherwise defend.

# AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on FOSHANSHIFANDAJIAJUSHIYEYOUXIANGONGSI d/b/a Vanda FDT on November 18, 2025 at the email address amz.jack2021@outlook.com pursuant to the Court's Order for Alternative Service (ECF No. 17). An Affidavit of Service was filed at ECF No. 23.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Dated: January 16, 2026                    Respectfully submitted,

                                              **EVIA LAW PLC**

/s/ Jessica Fleetham
Jessica Fleetham (P81038)
231 S Old Woodward Suite 110
Birmingham, MI 48009
248.243.1201
jessica@evialaw.com