**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

YIWU LANGXUN ELECTRONIC
COMMERCE CO., LTD.,

Plaintiff,

v.

JOHN DOE CORPORATIONS, ET. AL.,

Defendants.

_____/

Case No. 25-11509
Hon. F. Kay Behm
Mag. Curtis Ivy, Jr.

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**

This matter comes before the Court on SHENZHENSHI NAMUCUODIANZIKEJIYOUXIANGONGSI, d/b/a QSN Namtso (Seller ID: A13VQOA4O7WSGM, Doe 11 ; FOSHANSHIFANDAJIAJUSHIYEYOUXIANGONGSI, d/b/a Vanda FDT (Seller ID: A2TGMJJT3219NT, Doe 11)'s Unopposed Motion for Extension of Time to File Response to Complaint (ECF No. 58), filed pursuant to Federal Rule of Civil Procedure 6(b).

The Court has considered the motion and finds that good cause exists for the requested extension, particularly given that the motion is unopposed. Defendants were served with the Summons and Complaint via email on November 17, 2025, pursuant to the Court's Order for Alternative Service (ECF No. 17).

IT IS HEREBY ORDERED that Moving Defendants' Unopposed Motion for Extension of Time (ECF No. 58) is GRANTED.

IT IS FURTHER ORDERED that Moving Defendants shall have up to and including seven (7) days from the date of this Order to file their response to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: February 5, 2026                              s/F. Kay Behm
                                                     F. Kay Behm
                                                     United States District Judge